UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME ELI MCCOY, | No. 2:19-cv-1092 AC P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO JAIL MENTAL HEALTH SERVICES, | |
| Defendant. | |

      Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983 and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. ECF Nos. 1, 2. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1)(B).

      On August 6, 2020, plaintiff filed a "Petition for Relief from the Provisions of Government Code § 945.4 and to Add Exhibits of Mental Health IDIT MPAGE Forms to Already Existing 42U.S.C. [sic] § 1983 Original Complaint in the United States District Court." ECF No. 10. The court construes the document as a motion to amend the complaint.

      The motion indicates that plaintiff seeks amendment of his original complaint as follows: (1) to consider Government Code § 945.4, and (2) to add various attachments. See ECF No. 10 at 3. Because the original complaint has not yet been screened, the court will grant plaintiff's requests.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend, filed August 6, 2020 (ECF No. 10), is GRANTED, and
2. The Clerk of Court is directed to:
   a. Correct the docket to identify the instant petition for relief (ECF No. 10) as a motion to amend the complaint;
   b. Attach the document at ECF No. 10 to the end of plaintiff's original complaint, ECF No. 1, and file the combined document as a First Amended Complaint.

DATED: March 22, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE