UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME ELI MCCOY, | No. 2:19-cv-1092 AC P |
| Plaintiff, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| SACRAMENTO JAIL MENTAL HEALTH SERVICES, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 30, 2021, plaintiff's second amended complaint was screened and found to contain both cognizable and non-cognizable claims. See generally ECF No. 16. As a result, plaintiff was directed to return a notice to the court within fourteen days stating how he wished to proceed. See id. at 6-7.

On August 11, 2021, the court's order was returned as undeliverable. Since then, plaintiff has not filed a change of address with the court. Local Rule 183(b) requires that a party appearing in propria persona inform the court of any address change. More than sixty-three days

////

1

have passed since the court order was returned by the postal service, and plaintiff has failed to notify the court of a current address.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court randomly assign a District Court Judge to this action.

IT IS FURTHER RECOMMENDED that this action be DISMISSED without prejudice for failure to prosecute.  See Local Rule 183(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 13, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2