UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME ELI MCCOY,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO JAIL MENTAL HEALTH SERVICES,<br><br>Defendant. | No. 2:19-cv-1092 KJM AC P<br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On October 14, 2021, the magistrate judge issued findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. *See* ECF No. 17. Plaintiff has not filed objections to the findings and recommendations.

    Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued October 14, 2021 (ECF No. 17), are ADOPTED in full;

2. This action is DISMISSED without prejudice for failure to prosecute. *See* Local Rule 183(b), and

3. This case is CLOSED.

DATED: December 9, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE