UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME ELI MCCOY, | No. 2:19-cv-1092 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO JAIL MENTAL HEALTH SERVICES, | |
| Defendant. | |

On November 4, 2022, plaintiff filed a motion asking the court to transfer transcripts to the Ninth Circuit Court of Appeals. ECF No. 25. This civil rights action was closed on December 10, 2021. See ECF Nos. 18, 19. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: November 14, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1