UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jerome Eli McCoy, | No. 2:19-cv-01092-KJM-AC |
| Plaintiff, | ORDER |
| v. | |
| Sacramento Jail Mental Health Services, | |
| Defendant. | |

Plaintiff Jerome McCoy requests that copies of the "transcripts" in this case be transferred to the Court of Appeals at the government's expense. ECF No. 25. This action was dismissed for lack of prosecution before any hearings occurred, so no transcripts were created. *See* F&Rs, ECF No. 17; Order, ECF No. 18; Judgment, ECF No. 19. As noted in response to McCoy's previous similar request, the Clerk's Office will provide copies of documents and of the docket at $0.50 per page. ECF No. 20.

IT IS SO ORDERED.

DATED: November 21, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1